**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ECOLAB, INC., | Case No. 2:16-cv-02679-APG-CWH |
| Plaintiff, | |
| v. | |
| JONATHAN H. KRASNER, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's motion for limited expedited discovery (ECF No. 9), filed on November 29, 2016. Plaintiff requests leave of the court to engage in limited discovery before the parties have had a discovery conference, and before Defendants have made a formal appearance in this case.

In support of this request, Plaintiff relies on five factors used by courts to determine whether good cause exists to allow for expedited discovery: (1) whether a preliminary injunction is pending, (2) the breadth of the discovery requests, (3) the purpose for requesting the expedited discovery, (4) the burden on the defendants to comply with the requests, and (5) how far in advance of the typical discovery process the request was made. *American LegalNet, Inc. v. Davis*, 673 F. Supp 2d 1063 (C.D. Cal. 2009).

However, with regard to several of these factors, Plaintiff has not provided the court with sufficient information to determine whether or not there is good cause for expedited discovery. Specifically, Plaintiff proposes only a limit to the amount of discovery, not to its breadth. Nor does Plaintiff show that its proposed discovery would not be unduly burdensome to Defendants. Additionally, there is currently no preliminary injunction pending, merely an expressed intent by Plaintiff to file one. Therefore, the court does not find good cause at this point to order expedited discovery.

IT IS THEREFORE ORDERED that Plaintiff's motion for limited expedited discovery (ECF No. 9) is DENIED without prejudice.

DATED: November 30, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge