# Exhibit H

  

A member of the PROBLEND network

## BACKGROUND

Rebel Chemical is a full service chemical and facility solutions company that goes beyond clean. We utilize ProBlend, which is an international brand of cleaning solutions for organizations that buy it, sanitation professionals and other employees that use it, and customers and guests that enjoy the many benefits of cleaner, healthier environments. We uniquely offer a total commercial cleaning solutions program for the cleaning industry. From high performance cleaning and sanitation to reliable, cost-effective systems and equipment, it is designed meet the evolving needs of your business today. Our products and equipment for restaurants include a complete range of **housekeeping, hand care, warewashing and floor care** solutions – to meet your performance, sanitation and cost requirements.

## BENEFITS BEYOND CLEAN

What professional sanitation experts expect ... performance, efficiency and products with great use cost.

- Sanitation products, dispensers and equipment help you manage your business with convenience and reduced operational costs.
- Products and systems create a safer, cleaner and healthier environments, providing your guests with an exceptional experience each time they stay with you.
- Products are professionally engineered and blended for efficacy. They clean, sanitize, disinfect, brighten, enhance, shine, polish and protect!
- A locally owned, community focused business offering international brand name products.
- Complimentary training for your entire staff.
- Environmentally preferable formulations to accommodate the goals of your organization.

84

 # PRO BLEND
### COMMERCIAL SERIES

# Category Overview

 ## warewash
### Convenience. Confidence. Health.

ProBlend's line of complete warewash solutions removes the worry and hassle from kitchen and facility cleaning and sanitation, offering employees a healthier and safer work environment and guests a remarkably enjoyable dining experience.

- Liquids, Powders, Solids
- Detergents, Rinse Additives, Sanitizers, Pre-Soaks
- Pot & Pan Detergents, Degreasers, Disinfectants, Hard Surface Cleaners
- Equipment

## hand care
### Clean. Safe. Healthy.

ProBlend offers a variety of effective soaps and hand sanitizers that are easy and convenient to install and refill:

- Foaming Soaps, Lotion Soaps, Sanitizers, Antibacterial Gels
- Clean, germ-free hands for healthier living, working and learning environments
- Excellent choice for schools, healthcare, food service, hospitality and janitorial applications
- Durable, Quality Dispensers

 ## housekeeping
### Fresh. Sparkling. Clean.

From guest rooms to public restrooms and every room in between, ProBlend housekeeping solutions go far **Beyond Clean...** They brighten, sanitize, disinfect, deodorize, sparkle, polish, protect and maintain rooms and public areas from floor to ceiling.

- Promotes health and safety of customers, guests and employees
- Odor Control products
- Bathroom Cleaners
- All Purpose Cleaners
- Featuring the **ProBlend Galaxy Dilution Control System**

 ## laundry
### Bright. Soft. Impressive.

ProBlend's laundry program offers high performance solutions and efficient systems – designed to impress employees, guests and customers.

- Brighter colors. Whiter whites. Softer towels and sheets.
- High Performance Liquid, Powder and Solid Detergents for Commercial and Industrial applications
- Complete line of processing chemicals to keep linens in service longer – Alkalai, Softeners, Sours, Pre-Spotters, Reclaims
- Featuring the revolutionary, sophisticated yet simple **ProBlend ORION Laundry System**

 ## floor care
### Durable. Resilient. Efficient.

Revitalize, reinvigorate and maintain the beauty of flooring with ProBlend's high performance, resilient floor care products, covering quarry tile, terrazzo, synthetic flooring, sealed wood, concrete and carpet:

- Total Floor Care Program for all types of floors and floor maintenance programs
- Cleaners, Strippers, Restorers, Finishes
- Carpet Cleaners & Pre-Spotters
- Designed to maintain, enhance and beautify the floors in your buildings
- Reduced labor and material costs

# BEYOND CLEAN.
ProBlendCommercial.com

## BENEFITS REBEL CHEMICAL

The company you can TRUST.





## Warewashing

| | Product & Description | Price | Use Cost | Yield |
|---|---|---|---|---|
| | **Crystal High Temp Detergent 5gal**<br>Chlorinated high temperature liquid detergent with high alkalinity and extra destaining properties. It contains polymeric dispersants to work scale free in water with high | $112.20 | $0.027 / rack | 3785 racks |
| | **Rinse Free 5gal**<br>An economical, concentrated liquid rinsing agent contains defoaming and sheeting agents. It accelerates drying time by reducing the surface tension on tableware and aids in | $105.09 | $0.008 / rack | 12618 racks |
| | **Sapphire 5gal**<br>Premium phosphate free pot and pan detergent produces long lasting suds. Sapphire is tough on soils yet gentle to skin. Works well in all water conditions. DfE Certified. EPA registered. | $98.88 | $0.31 / 20gal | 213 Sinks |
| | **DD 5000 2/1gal**<br>Third compartment sink sanitizer effectively cleans, sanitizes, and disinfects surfaces in hospitals, nursing homes, schools, food handling and processing areas, and | $45.60 | $0.09 / gal | 27 sinks |
| | **HWLT Detergent 5gal & 4/1gal**<br>Specifically designed for hard water applications in low temperature commercial dishmachines. Keeps your dishes clean and sparkling for great customer satisfaction. | $60.81 | $0.024 / rack | 2524 racks |
| | **HWLT Rinse 5gal & 4/1gal**<br>Specifically designed for hard water applications in low temperature commercial dishmachines. Creates sparkling spot-free results under challenging conditions. | $90.66 | $0.006 / rack | 15142 racks |
| | **LT San 5gal & 4/1gal**<br>Concentrated and stabilized 10% sodium hypochlorite solution, blended to sanitize food service glassware, flatware, dishes, and utensils in commercial dishmachines.<br>EPA Registered. | $42.90 | $0.008 / rack | 5047 racks |
| | **Daily Cleaner and Degreaser (Sure Grip) 4/1gal & 2/1gal**<br>Use as the first line of defense in the battle against slippery fl... ... traction, reduces the occurrence of polymerization, when used daily, and leaves surfaces residue free. Approved and Co-Branded with our partners at SureGrip Floor Safety Systems. | $114.31 | $0.12 / Quart | 1024 Quarts |
| | **HD Pride Degreaser**<br>Alkaline and butyl solvent based degreaser penetrates and removes the toughest soils quickly and easily. | $77.61 | RTU | |
| | **Scalaway 4/1gal**<br>Concentrated non-foaming liquid lime scale remover. Removes rust. | $76.02 | RTU | |
| | **Antibacterial Foam Hand Soap 2/1gal**<br>One step disinfectant, germicidal detergent and deodorant. Will not harm sealed stone, sealed grout, or glazed tile. Nondulling and non-abrasive. Lemon fragrance. | $48.19 | Free Dispensers | |

| | |
|---|---|
| **WAREFORCE HT180 $154.95/ month**<br><br>Single rack dishmachine capable of high temperature washing.<br><br> | • Wash, rinse, and sanitize in just 45 seconds<br><br>• Powerful 3 HP wash pump<br><br>• Approved dual sanitizer — same machine serves as High Temp or Low Temp<br><br>• Available with either 45 or 60 second time cycle<br><br>• Patented self cleaning spray system<br><br>• Low .85 gallons water usage per load<br><br>• Two stage SS drain filter eliminates clogged pumps<br><br>• Built-in scrap accumulator keeps wash tank clean<br><br>• Patented captive spray arm end caps — no parts to lose<br><br>• Configured for corn... |
| **WAREFORCE DG-E $74.95/ month**<br><br>Single rack bar glass washer capable of low temperature washing.<br><br> | **Standard Features**<br>• ENERGY STAR® qualified<br> • Functions as both a glass- washer and a dishwasher, accommodating wares up to 11-1/2" (292 mm) high<br>• Push-button start<br> • Automatic ll, cycle and drain<br>• Solid-state timer<br>• Easily ...<br> • 3-way dispensing system for detergent, rinse additive and sanitizer<br>• Stainless steel wash pump<br>• Lower rotary wash arm and xed upper jets<br>• Door safety switch<br> • Adjustable bullet feet<br>• Swing-out control box for easy service and access<br> • Side control panel for easy access to switches<br> • Dial temperature gauge for constant monitoring of temperature • Side skirt panels<br>• Latch-type front (lower) panel<br>• Delime/manual wash switch |

*Luke Atwell*

Owner - Rebel Chemical
702.785.7229M
Luke@RebelChemical.com




RebelChemical

Rebel Chemical
3560 Polaris Ave Ste 16
Las Vegas NV 89103
7027857229
www.RebelChemical.com

## EQUIPMENT RENTAL AGREEMENT

This agreement is between Rebel Chemical, Inc. (Rebel Chemical), and:

Chateau Nightclub LLC
3655 South Las Vegas ~~Blvd~~
Las Vegas NV 89109

If other than above, address where equipment is located:


In consideration of Rebel Chemical renting to Customer the following equipment and services set forth below, the parties agree to the following:

A. Rebel Chemical Will Provide:

| 1. Equipment:  Single Rack High Temp Dishmachine | Quantity:  1 |
|---|---|
| Model:  Wareforce I-E | Serial Number:  TBT |

| 2. Equipment:  Glass Washer | Quantity:        8 |
|---|---|
| Model:  Wareforce DG-E | Serial Number:  TBT |

B. The Customer Agrees To:

| 1. Use only Rebel Chemical approved products in the operation of the Dish Machine |
|---|

| 2. The Rental Rate is payable on the 15th of the month. |
|---|

| Rental Rate:  Wareforce I-E @ $154.95 & Wareforce DG-E @ $74.95 |
|---|

C. TERMS:

Either Party May Terminate This Agreement As Follows:
1. The Customer May Terminate This Agreement At Any Time Without Penalty With A 30 Day Notice.
2. Rebel Chemical May Terminate This Contract For Non-Payment With A 30 Day Notice.


--------------------------------------------                ---------------------------------------------------------
                    Customer:                                    Rebel Chemical, Inc. Representative:


Print Name    Ryan Klaasen                          Today's Date  12/12/16


Account Number                                          Billing Begins


89

Additional Terms

Pricing:
The prices under this agreement will remain in effect for a minimum of one year. Thereafter, Lessor may increase the base rental rate and any additional charges and extended service prices at any time upon notice to Client. In the event of a price increase, Client may terminate this agreement by giving 30 days written notice to Lessor. To be effective, notice must be received by Lessor within 30 days after the price increase takes effect. Where applicable, Client must pay any sales tax and any personal property taxes levied upon the equipment.

Delivery:
Delivery will be at Clients' request or as soon thereafter as is practical. Client must provide plumbing and electrical hookups and any and all required government permits. Client will provide all utilities (including, without limitation water & electricity). Approved drain lines will be supplied by Client Best possible results will be achieved wh___▄▄▄▄▄▄▄▄ Client's facility maintain░░░▄░30°F not water and maintain water hardness on higher than 4 grains per gallon ▄▄▄▄▄ necessary to operate the equipment.

Ownership:
The equipment (including but not limited to dispensing equipment) will at all times be sole and exclusive property of Rebel Chemical, Inc. Client will have no right ownership of such property, but only the right to use the equipment subject to this agreement. The equipment will remain personal property and not become fixture of any building. Client will not remove the equipment without prior written approval of Lessor. Client agrees that Lessor deems necessary to evidence Rebel Chemical, Inc. ownership. Upon termination of this agreement, Client must return the equipment in as good condition as when received, reasonable wear and tear expected. Client may not change, alter, or repair the equipment, or use any detergent, rinse additives or sanitizers in the operation of the equipment except those provided by Lessor. Upon termination of this agreement or upon client default, Lessor may enter Client's premises for removal of the equipment.

Default: Client will be in default under this agreement if client fails to comply with any terms of this agreement (time being of the essence), if the equipment is moved, substantially damaged or encumbered, client dies, is dissolved or becomes insolvent, or any action for the benefit of creditors is taken with respect to client. Upon default, client's rights under this agreement will, at the option of the Lessor and without notice to Client, be terminated (but client's outstanding obligations under this agreement will survive any termination) and Lessor will have the right to take immediate possession of the equipment and to exercise any other remedies available to it in law or equity. If market value of the equipment and any other outstanding payments due to Lessor. Client must pay all reasonable costs incurred by Lessor, including without limitation, collection costs and reasonable attorney's fees, to collect any amounts due Lessor, or to enforce any Lessor right, under this agreement.

Loss and Damage:
Client is responsible for any loss, damage, theft, or destruction of the equipment. In addition, Client is responsible for any damage or destruction caused by the removal of the equipment.

General:
Client is solely liable for all claims including, but not limited to, workers' compensation claims, resulting from the operation or use of the equipment or work thereon by Client's employees or agents. Client may not assign this agreement without Lessor's prior written consent. This agreement will be binding upon each of the parties hereto ▄▄▄ and their representatives' heirs, successors, and assigns. Lessor will not be liable for consequential or any other damages which may result from any cause beyond the reasonable control of Lessor including, but not limited to, acts of God or government, supply or labor shortages, or transportation delays.

THE TERMS OF THIS RENTAL AGREEMENT CONTAIN THE FULL AGREEMENT OF THE PARTIES. THIS AGREEMENT MAY NOT BE MODIFIED EXCEPT BY A WRITTEN AMENDMENT SIGNED BY BOTH PARTIES.

-----------------------------------------------------------------------------------
CUSTOMER SIGNATURE

90